| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-19395 / MBK**

Ismenia Perez

Petition Filed Date: 05/08/2019
341 Hearing Date: 06/20/2019
Confirmation Date: 11/13/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2019 | $295.00 | 59104650 | 07/09/2019 | $295.00 | 60035390 | 08/14/2019 | $295.00 | 60961510 |
| 09/16/2019 | $295.00 | 61785040 | 10/07/2019 | $295.00 | 62376810 | | | |

**Total Receipts for the Period: $1,475.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,475.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ismenia Perez | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BENJAMIN JAMIE  GINTER<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,413.92 | $486.08 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $676.45 | $0.00 | $676.45 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $635.22 | $0.00 | $635.22 |
| 3 | ACAR LEASING LTD<br>»»  2016 GMC ACADIA/LEASE/SV 7/11/19 | Debt Secured by Vehicle<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 4 | OneMain Financial Group, LLC | Unsecured Creditors | $5,023.25 | $0.00 | $5,023.25 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  CAPITAL ONE | Unsecured Creditors | $2,357.76 | $0.00 | $2,357.76 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  SYNCHRONY BANK/PC RICHARD | Unsecured Creditors | $1,808.89 | $0.00 | $1,808.89 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $989.67 | $0.00 | $989.67 |
| 8 | MARINER FINANCE LLC | Unsecured Creditors | $4,530.89 | $0.00 | $4,530.89 |
| 9 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Secured Creditors | $2,533.99 | $0.00 | $2,533.99 |
| 10 | Wells Fargo Bank, NA<br>»»  VALUE CITY | Unsecured Creditors | $1,234.51 | $0.00 | $1,234.51 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $378.37 | $0.00 | $378.37 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE/LORD & TAYLOR | Unsecured Creditors | $584.81 | $0.00 | $584.81 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY CAPITAL BANK | Unsecured Creditors | $383.38 | $0.00 | $383.38 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S | Unsecured Creditors | $914.65 | $0.00 | $914.65 |

| 15 | Select Portfolio | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|
|  | »» P/1731 S. CENTRAL AVE | No Disbursements: Pending Loan Mod. |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,475.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $1,413.92 | Current Monthly Payment: | $466.00 |
| Paid to Trustee: | $61.08 | Arrearages: | $1,398.00 |
| Funds on Hand: | $0.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**