UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on May 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10

In Re:

Ismenia Perez

    DEBTOR.

Case No.: 19-19395
Chapter    13
Judge:    Michael B. Kaplan

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 5, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:      Ismenia Perez
Case No.:    19-19395 MBK
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10, holder of a mortgage on real property known as 1731 South Central Avenue, South Plainfield, NJ, 07080, with the consent of Benjamin-Jamie Ginter, Esq., counsel for the Debtor, Ismenia Perez,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:     Dated: 4/21/2020

/s/ Denise Carlon

DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated: 4/20/2020

/s/ Benjamin Jamie Ginter

BENJAMIN JAMIE GINTER, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-19395-MBK
Ismenia Perez                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: May 05, 2020
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2020.
db          Ismenia Perez,    1731 S Central Ave,    South Plainfield, NJ   07080-3601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2020 at the address(es) listed below:
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Albert   Russo    docs@russotrustee.com
      Benjamin Jamie Ginter    on behalf of Debtor Ismenia  Perez gintr316@aol.com
      Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon, successor trustee to
       JPMorgan Chase Bank, National Association, as Trustee Et Al... dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
       ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon, successor trustee to
       JPMorgan Chase Bank, National Association, as Trustee Et Al... rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 7