Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  19−19395−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ismenia Perez
   1731 S Central Ave
   South Plainfield, NJ 07080−3601

Social Security No.:
   xxx−xx−0141

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on N/A.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 12, 2020
JAN: kmm

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                         Case No. 19-19395-MBK
Ismenia Perez                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jun 12, 2020
                              Form ID: 148         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
```
db              Ismenia Perez,    1731 S Central Ave,    South Plainfield, NJ  07080-3601
cr             +ACAR Leasing LTD d/b/a GM Financial Leasing,    4000 Embarcadero Dr.,    Arlington, TX 76014-4101
518272017      +ACAR Leasing Ltd,    POB 183853,    Arlington, TX 76096-3853
518506080      +ACAR Leasing Ltd,    d/b/a GM Leasing,    POB 183853,    Arlington, TX 76096-3853
518233546       Kml Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
518316530      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
518233547      +Select Portfolio,    3815 S West Temple St, Suite 2000,    Salt Lake City, UT 84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:24     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2020 00:58:21     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518233542      +EDI: BANKAMER.COM Jun 13 2020 04:13:00     Bank Of America,   PO Box 5170,
                 Simi Valley, CA 93062-5170
518233543      +EDI: CAPITALONE.COM Jun 13 2020 04:13:00     Capital One,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
518259552      +EDI: AIS.COM Jun 13 2020 04:13:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518233544      +EDI: WFNNB.COM Jun 13 2020 04:13:00     Comenity Bank,   995 W 122nd Ave,
                 Westminster, CO 80234-3417
518357762       EDI: Q3G.COM Jun 13 2020 04:13:00     Department Stores National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
518233545      +E-mail/Text: fggbanko@fgny.com Jun 13 2020 00:57:23     Forster & Garbus,   7 Banta Place,
                 Hackensack, NJ 07601-5604
518307959      +EDI: MID8.COM Jun 13 2020 04:13:00     Midland Funding LLC,   PO Box 2011,
                 Warren MI 48090-2011
518296248      +EDI: AGFINANCE.COM Jun 13 2020 04:13:00     OneMain,   PO Box 3251,   Evansville, IN 47731-3251
518349937       EDI: PRA.COM Jun 13 2020 04:13:00     Portfolio Recovery Associates, LLC,
                 C/O Comenity Capital Bank,   POB 41067,   Norfolk VA 23541
518349929       EDI: PRA.COM Jun 13 2020 04:13:00     Portfolio Recovery Associates, LLC,   c/o Lord & Taylor,
                 POB 41067,   Norfolk VA 23541
518349904       EDI: PRA.COM Jun 13 2020 04:13:00     Portfolio Recovery Associates, LLC,
                 c/o Victorias Secret,   POB 41067,   Norfolk VA 23541
518313637      +EDI: JEFFERSONCAP.COM Jun 13 2020 04:13:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518233548      +EDI: RMSC.COM Jun 13 2020 04:13:00     Syncb,   Po Box 965036,   Orlando, FL 32896-5036
518237085      +EDI: RMSC.COM Jun 13 2020 04:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518821505       E-mail/Text: jennifer.chacon@spservicing.com Jun 13 2020 00:59:20
                 The Bank of New York Mellon, et al,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
518334588       EDI: WFFC.COM Jun 13 2020 04:13:00     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
                                                                                               TOTAL: 18
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jun 12, 2020
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Benjamin Jamie Ginter    on behalf of Debtor Ismenia   Perez gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan Chase Bank, National Association, as Trustee Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor trustee to
               JPMorgan Chase Bank, National Association, as Trustee Et Al... rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```